Pro Se 14 (INND Rev. 2/20)                                                                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
AUG 2 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Damon LaRue
[You are the PLAINTIFF, print your full name on this line.]

v.

Tiger snacks Food services
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV332
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Tiger Snacks Foods Services  Allen County Jail food services | |
| 2 | Troy Hershberger (official capacity) Allen County Sheriff | 417 S. Calhoun St Fort Wayne, IN 46802 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Allen County Jail 417 S. Calhoun St Fort Wayne, IN 46802

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? 05-21-2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Plaintiff Damon LaRue is an inmate at the Allen County Jail in Fort Wayne IN. On May 21, 2023 while doing my duties of trustee in the kitchen. Under the supervision of Tiger snacks food services employees, I was cleaning the kitchen Corrosive and strong chemical drips were falling on my Croc. Minutes later i felt a burning sensation. I then went to nursing and notified them of what had happened. On May 23, 2023 i was taken to the hospital for chemical burn on my foot. Today is July 30, 2023 and I'm still on the wound care list here at the Allen County Jail. I Plaintiff Damon LaRue seek Injunction Relief a policy to be placed in effect because no PPE in provided (either for eyes or hands, or feet). Also seeks Damages

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

for unnecesary, gratuitous chemical pain which still up to date is hurting and been threated all this under my 4th and my 8th Amendment.

Thank you for taking the time to review.

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because Took me to hospital for chemical burn.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Plaintiff seeks injuction relief and PPE policy to be created at least when working with chemical. Also Plaintiff seeks Damages for Unnecessary, gratuitous chemical burn pain. in the sum of $100,000.

[Initial Each Statement]
DL  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
DL  I will keep a copy of this complaint for my records.
DL  I will promptly notify the court of any change of address.
DL  I WILL NOT send more than one copy of any filing to the court.
DL  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
DL  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 07/30/20 23 at 6:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    942145
Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]