# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAMON LARUE

       Plaintiff

   v.

                                         Civil Action No.  1:23-cv-332

TIGER SNACKS FOODS SERVICES
*Allen County Jail food services*

TROY HERSHBERGER
*Allen County Sheriff, official capacity*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** Other:  <u>This case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Joseph S Van Bokkelen.

DATE: 12/8/2023                              CHANDA J. BERTA, CLERK OF COURT

                                             by   s/A. Highlen
                                             *Signature of Clerk or Deputy Clerk*